UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

MILTON ELLIOTT LEWIS III,

          Plaintiff,                  Case No. 1:22-cv-1218

v.                                     Honorable Ray Kent

HEIDI WASHINGTON et al.,

          Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction over such claims.

Dated:   January 27, 2023                /s/ Ray Kent
                                            Ray Kent
                                            United States Magistrate Judge